In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-16-00349-CV

_____

**HOA DAO AND KEYSTONE MANAGEMENT, Appellants**

**V.**

**MARYLAND CASUALTY INS. AND CRAIG RAUSS, Appellees**

On Appeal from the 359th District Court
Montgomery County, Texas
Trial Cause No. 10-07-07575-CV

**MEMORANDUM OPINION**

Hoa Dao and Keystone Management[1] filed a notice of appeal on September 19, 2016. The Court notified the parties that the notice of appeal did not appear to have been timely filed. In a response, Hoa Dao argued the notice of appeal was due either 120 days after the date the judgment was signed or 90 days after the date the

---

[1] The trial court's judgment disposes of the claims of Hoa Dao d/b/a Keystone Management and Huy Can Dao d/b/a Keystone Management. The notice of appeal was signed by Hoa Dao, acting *pro se*.

1

motion for new trial was filed. She subsequently retained counsel and filed a motion for extension of time to file notice of appeal.

The judgment was signed on June 1, 2016, and the motion for new trial was filed on June 29, 2016; therefore, the notice of appeal was due to be filed by August 30, 2016. *See* Tex. R. App. P. 26.1(a)(1). The period for granting an extension of time to file the notice of appeal expired on September 14, 2016. *See* Tex. R. App. P. 26.3. The notice of appeal is dated September 16, 2016, and was received and e-filed by the trial court clerk on September 19, 2016. Absent a timely-filed notice of appeal or timely request to extend the period during which a party seeking to appeal must file its notice of appeal, we are required to dismiss the appeal for lack of jurisdiction. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997). Accordingly, we deny the motion for extension of time and we dismiss the appeal.

APPEAL DISMISSED.

_____
HOLLIS HORTON
Justice

Submitted on October 19, 2016
Opinion Delivered October 20, 2016

Before McKeithen, C.J., Horton and Johnson, JJ.

2